UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-

| | |
|---|---|
| MICHAEL J SEIGAFUSE, an individual ) | |
|         Plaintiff ) | |
|   v. ) | CASE NO.: 11-7015 |
| SCOTT LOWERY LAW OFFICES, P.C., ) | |
| and ) | |
| CACH, LLC ) | |
|         Defendants ) | |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, MICHAEL J. SEIGAFUSE, pursuant to Rule 41 (a) (I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY:   /s/Michael P. Forbes
                  MPF8441
                  Michael P. Forbes, Esquire
                  Attorney for Plaintiff
                  Law Office of Michael P. Forbes, PC
                  Attorney I.D. #55757
                  200 Eagle Road
                  Suite 220
                  Wayne, PA  19087
                  (610)293-9399